UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Operating Engineers Local #49 Health and Welfare Fund and Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Local #49 International Union of Operating Engineers and Associated General Contractors of Minnesota Apprenticeship and Training Program and their Trustees,<br><br>   Plaintiffs,<br><br>vs.<br><br>Eagle Trucking, Inc.<br><br>   Defendant. | Case No. 10-cv-00413 (DSD/JJG)<br><br><br><br><br><br><br><br><br><br>**ORDER FOR SUMMARY JUDGMENT** |

  This Matter came before the Court on June 17, 2011 pursuant to the Plaintiffs' Motion for Summary Judgment. Michael P. Eldridge, Esq., McGrann Shea Carnival Straughn & Lamb, Chartered, appeared for the Plaintiffs. There was no appearance on behalf of the Defendant.

  Based on all the records and proceedings herein, including the written and oral submissions of counsel:

  1. Plaintiffs' Motion for Summary Judgment [ECF 36] is granted in its entirety.

2

2. That Eagle Trucking, Inc. is liable to the Plaintiffs in the amount of amount of $41,492.27 for delinquent contributions, liquidated damages, and attorneys' fees and costs for the months of September 2009 through January 2010.

Dated: June 17, 2011

                                                s/David S. Doty
                                                The Honorable David S. Doty
                                                United States District Court Judge

501532.DOCX